IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | | |
|---|---|---|
| DAVID ALLEN KELLY, | § | |
| Plaintiff, | § § § | |
| v. | § | 2:22-CV-011-Z-BR |
| BRYAN COLLIER, *et al.*, | § § § | |
| Defendants. | § § | |

### FINDINGS, CONCLUSIONS, AND RECOMMENDATION TO DISMISS

Plaintiff, David Allen Kelly, filed a complaint naming Bryan Collier, Grieg Albert [sic], and Adam R. Gonzales as Defendants. By order signed February 2, 2023, the Court explained the deficiencies in the complaint and ordered Plaintiff to cure them within 30 days. The order cautioned that failure to comply might lead to the dismissal of Plaintiff's claims without further notice. Plaintiff moved for an extension on February 27, 2023, which the Court granted the next day. (ECF 9). However, Plaintiff did not meet the updated deadline. To date, Plaintiff has failed to comply with the order or communicate with the Court in any manner.

### RECOMMENDATION

For the reasons discussed herein, it is the RECOMMENDATION of the United States Magistrate Judge to the United States District Judge that the claims of Plaintiff be DISMISSED.

### INSTRUCTIONS FOR SERVICE

The United States District Clerk is directed to send a copy of this Findings, Conclusion and Recommendation to each party by the most efficient means available.

IT IS SO RECOMMENDED.

ENTERED on June 26, 2023.

_____
LEE ANN RENO
UNITED STATES MAGISTRATE JUDGE

# \* NOTICE OF RIGHT TO OBJECT \*

Any party may object to these proposed findings, conclusions and recommendation. In the event parties wish to object, they are hereby NOTIFIED that the deadline for filing objections is fourteen (14) days from the date of filing as indicated by the "entered" date directly above the signature line. Service is complete upon mailing, Fed. R. Civ. P. 5(b)(2)(C), or transmission by electronic means, Fed. R. Civ. P. 5(b)(2)(E). **Any objections must be filed on or before the fourteenth (14th) day after this recommendation is filed** as indicated by the "entered" date. *See* 28 U.S.C. § 636(b); Fed. R. Civ. P. 72(b)(2); *see also* Fed. R. Civ. P. 6(d).

Any such objections shall be made in a written pleading entitled "Objections to the Findings, Conclusions and Recommendation." Objecting parties shall file the written objections with the United States District Clerk and serve a copy of such objections on all other parties. A party's failure to timely file written objections shall bar an aggrieved party, except upon grounds of plain error, from attacking on appeal the unobjected-to proposed factual findings, legal conclusions, and recommendation set forth by the Magistrate Judge and accepted by the district court. *See Douglass v. United Services Auto. Ass'n*, 79 F.3d 1415, 1428-29 (5th Cir. 1996) (en banc), *superseded by statute on other grounds*, 28 U.S.C. § 636(b)(1), *as recognized in ACS Recovery Servs., Inc. v. Griffin*, 676 F.3d 512, 521 n.5 (5th Cir. 2012); *Rodriguez v. Bowen,* 857 F.2d 275, 276-77 (5th Cir. 1988).